■ LINDA RANDOLPH, as Executrix of CHARLES A. HAUG, Deceased, Respondent, v NATIONWIDE MUTUAL FIRE INSURANCE CO., Appellant. (Appeal No. 2.) [665 NYS2d 603] —Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988; Chase Manhattan Bank v Roberts & Roberts, 63 AD2d 566, 567; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Summary Judgment.) Present—Denman, P. J., Hayes, Callahan, Doerr and Boehm, JJ.

■ MARK PITCHER et al., Appellants, v TOWN OF LYSANDER et al., Respondents. [665 NYS2d 598] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Tormey, III, J. (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Denman, P. J., Hayes, Callahan, Doerr and Boehm, JJ.